Rodney Eugene SMITH, Secured Party, Petitioner–Appellant,

and

People of the United States, ex rel; Raymond Lewis O'Fannin, next best friend in the matter of, Petitioners,

v.

Mr. HUPPENTHAL, as sheriff/jailer of Southern Regional Jail; David A. Faber, doing business as judge of the United States District Court, Respondents–Appellees.

No. 01–6980.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2001.

Decided Dec. 14, 2001.

Rodney Eugene Smith, Pro Se.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Rodney Eugene Smith appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See People of the*

*United States v. Huppenthal,* No. CA–01–239–1 (S.D.W.Va. Apr. 26, 2001). We deny Smith's motion for immediate hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*